**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA, WASHINGTON**

| | |
|---|---|
| JOYCE A. JEFFERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>RECOVERY INNOVATIONS, INC., (d.b.a RI International), an Arizona Corporation, and Doe 1-10.<br><br>    Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGES AND JURY DEMAND** |

COMES NOW the Plaintiff Joyce A. Jefferson, and complains of Defendants as follows:

This action is brought under Title VII, the Americans with Disabilities Act (ADA), the Age Discrimination in Employment Act (ADEA), the Equal Pay Act (EPA) and Section 1981 and 42 USC Chapter 126 and in particular, 42 USC § 12112(a).

### I. NATURE OF THE CASE

Ms. Joyce Jefferson was an employee of Recovery Innovations, Inc. (d.b.a.

COMPLAINT FOR DAMAGES  - 1

RI International) from December, 2014 to July, 2015.  Ms. Jefferson is 61 years old and has a physical Defendant Recovery Innovations agreed to accommodate Ms. Jefferson's disability.  Defendant Recovery Innovations failed to accommodate Ms. Jefferson's disability.  During the course of the employment, Ms. Jefferson suffered harassment, abuse, retaliation and a hostile work environment.  The intolerable conditions at the workplace amounted to a discharge and termination of employment which forced Ms. Jefferson out of the workplace, causing financial and emotional injury.

## II.  PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Joyce A. Jefferson resides in Pierce County, Washington and has done so at all times material to this action.

2. Defendant Recovery Innovations, Inc., is, and was at all times material to this action, a company incorporated in the State of Arizona and doing business in Pierce County, Washington.  Defendant Recovery Innovations, Inc. has an office for the transaction of business in Pierce County, transacted business at the time the cause of action arose in Pierce County.

3. Defendant Recovery Innovations, Inc., maintains in Pierce County in the State of Washington a registered agent upon whom process may be served upon the corporation.

4. The events comprising the basis for this action occurred in Pierce County, Washington.

5. This Court has jurisdiction over the subject matter of this action and this

COMPLAINT FOR DAMAGES  - 2

Court has jurisdiction over the parties in this action.

6. True names and identities of Does 1-10, are not known to plaintiff at this time and will be added after Discovery is conducted.

7. Venue is proper in this Court.

## II.     FACTUAL ALLEGATIONS

8. Ms. Jefferson has a physical disability that does not permit her to lift over twenty-five pounds.

9. Ms. Jefferson was hired at Defendant Recovery Innovations in Lakewood in December, 2014.

10. Ms. Jefferson's duties included monitoring residents and light housekeeping.

11. The work at this mental health facility involved significant safety concerns.

12. Ms. Jefferson was suffering from medical issues that required an accommodation by the defendant – she could not lift more that twenty-five pounds.

13. Defendant had a medical doctor administer a pre-employment physical and as a result was informed and well aware of Ms. Jefferson's physical limitations.

14. Defendant nonetheless hired Ms. Jefferson with the understanding that Defendant would accommodate Ms. Jefferson's disability.

COMPLAINT FOR DAMAGES   - 3

HARISH BHARTI
BHARTI LAW GROUP, PLLC
6701 37th Ave NW ∎ Seattle, WA 98117
Ph: (206) 789-4556 ∎ Fax 1- (866) 664-0667

15. The information regarding Ms. Jefferson's disability was available to Defendant's Human Resources personnel and in addition, Ms. Jefferson notified her supervisor, Diana Lockyer, about that information.

16. Ms. Lockyer proceeded to discuss Ms. Jefferson's medical condition with other employees in violation of HIPAA Laws and Regulations, causing extreme emotional distress to Ms. Jefferson.

17. Despite being informed of Ms. Jefferson's disability, between December 2014 and April 2015, Ms. Lockyer continued to assign duties to Ms. Jefferson which were beyond her ability to perform.

18. On July 4, 2015, Ms. Jefferson was dealing with a medical emergency regarding her grandson at the hospital. Plaintiff was retaliated against and harassed by her supervisor. Ms. Lockyer, plaintiff's supervisor conspired against the plaintiff by ordering other employees to write bogus complaint against the plaintiff.

19. In accordance with the company policy, Ms. Jefferson filed a written complaint regarding working conditions and expectations that went beyond the limits of her accommodation.

20. In response to Ms. Jefferson's complaint, Human Resources personnel instructed Ms. Jefferson to leave work if she felt unsafe or uncomfortable.

21. On July 14, 2015, Ms. Jefferson reported to work and was having trouble logging in to the computer system to clock in for work.

COMPLAINT FOR DAMAGES  - 4

**HARISH BHARTI**
**BHARTI LAW GROUP, PLLC**
6701 37th Ave NW ■ Seattle, WA 98117
Ph: (206) 789-4556 ■ Fax 1- (866) 664-0667

22. When a colleague offered to let Ms. Jefferson use another computer, Ms. Jefferson saw a complaint letter her colleague was writing about Ms. Jefferson at the request of their supervisor.

23. Ms. Jefferson suffered emotional distress and left based on the instructions from Human Resources to leave if she felt unsafe.

24. Ms. Lockyer was present and was aware Ms. Jefferson was leaving.

25. Ms. Jefferson was severely distressed and mentally traumatized by the behavior of the other supervisor and/or employees of the Defendant.

26. As a result of the constructive termination, Ms. Jefferson has experienced lost wages.

27. Defendant's actions were taken with reckless disregard or callous indifference to Ms. Jefferson's civil rights.

28. The above described facts are a small portion of examples of retaliation and discrimination and are parts of a wider pattern and practice of discrimination against people with disabilities and Afro-Americans, and retaliation on the part of Defendant.

29. The Defendant is liable for the actions of its' agents, employees and managers under the doctrine of respondeat *superior* and the law of agency.

### III. CAUSES OF ACTION

**First Cause of Action-Discrimination and retaliation in Violation of Federal Laws**

30. Plaintiff realleges and incorporates the allegations above to each of the

COMPLAINT FOR DAMAGES  - 5

HARISH BHARTI
BHARTI LAW GROUP, PLLC
6701 37th Ave NW ■ Seattle, WA 98117
Ph: (206) 789-4556 ■ Fax 1- (866) 664-0667

following:

31. Defendants terminated Plaintiff's employment (including through constructive discharge) and took other adverse and/or tangible employment actions because of discrimination against a person with a physical disability, and retaliation for complaining about discrimination. Defendant's actions violated the Americans with Disabilities Act ("ADA"), (42 USC Chapter 126 and in particular, 42 USC § 12112(a), Title VII, the Americans with Disabilities Act (ADA), the Age Discrimination in Employment Act (ADEA), the Equal Pay Act (EPA) and Section 1981.

32. As a proximate result of the discrimination, Ms. Jefferson has been damaged in amounts to be proven at trial.

33. Before filing this lawsuit, plaintiff timely filed a written charge of discrimination with the Equal Employment Opportunity Commission (EEOC) and "Right to Sue letter" was issued by the EEOC on May 12, 2016.

**Second Cause of Action--Hostile Work Environment in Violation of State & Federal Laws.**

34. Plaintiff realleges and incorporates the allegations above to each of the following:

35. Plaintiff realleges and incorporates the allegations above to each of the following:

36. Defendant and its' agents created and maintained an intimidating, hostile or

COMPLAINT FOR DAMAGES  - 6

offensive work environment because of discrimination against a person with a physical disability and retaliation for complaining about the discrimination. Defendant's actions violated the Washington Law against Discrimination ("WLAD"), (RCW 49.60.030 and .180) and Defendant's actions violated the Americans with Disabilities Act ("ADA"), (42 USC Chapter 126 and in particular, 42 USC § 12112(a)).

37. As a proximate result of the discrimination, Ms. Jefferson has been damaged in amounts to be proven at trial.

**Third Cause of Action- Constructive Discharge – Wrongful "Constructive" Termination in Violation of State Laws.**

38. Plaintiff realleges and incorporates the allegations above to each of the following:

39. Defendants, by permitting intolerable and hostile conditions and harassment, the Defendant wrongfully, "constructively" discharged the Plaintiff, because of her physical disability, and in retaliation for complaining about discrimination. Defendant's actions violated the Washington Law Against Discrimination ("WLAD"), (RCW 49.60.030 and .180) and Defendant's actions violated the Americans with Disabilities Act ("ADA"), (42 USC Chapter 126 and in particular, 42 USC § 12112(a)).

**HARISH BHARTI**
**BHARTI LAW GROUP, PLLC**
6701 37th Ave NW ■ Seattle, WA 98117
Ph: (206) 789-4556 ■ Fax 1- (866) 664-0667

40. As a proximate result of the discrimination, Ms. Jefferson has been damaged in amounts to be proven at trial.

**Fourth Cause of Action- -Equal Protection; US Constitution**

41. Plaintiff realleges and incorporates the allegations above to each of the following:

42. Plaintiff belongs to a protected class being African-american, as well as above 60 years in age. In addition, plaintiff has disability. By failing to provide accommodation, protections owed to plaintiff, defendants, individually and/or collectively, violated plaintiff's rights guaranteed under the the United States Constitution, against discrimination, or treated differently, than other Caucasian employees.

43. Defendants have violated Plaintiff's civil rights by discrimination against her, based on her race and disability. Defendants are liable.

44. Plaintiff is entitled to an award of attorneys fees and costs under 42 U.S.C. § 1988.

**Fifth Cause of Action- Violation of HIPAA Laws and Regulations**

45. Plaintiff realleges and incorporates the allegations above to each of the following:

46. Defendant, through its employee/supervisor Ms. Lockyer improperly disclosed plaintiff's medical information in violation of HIPAA Rules and Regulations. Defendants had duty to protect such information and are liable.

47. Plaintiff suffered humiliation before her pears due to wrongful actions of the

COMPLAINT FOR DAMAGES  - 8

defendant's agent. These wrongful actions were in retaliation for plaintiff's exercise of her rights.

**Sixth Cause of Action- - Infliction of Emotional Distress (Outrage)**

48. Plaintiff realleges and incorporates the allegations above to each of the following:

49. By negligently and/or intentionally depriving Plaintiff of all visitation rights to his daughter, defendants, individually and/or collectively, caused plaintiff to suffer emotional distress (outrage). Defendant's unlawful conduct was outrageous on many levels and resulted in emotional distress and damages to plaintiff.

50. Defendants are liable for plaintiff's damages.

**Seventh Cause of Action - Negligence**

51. Plaintiff realleges and incorporates allegations above to each of the following:

52. Defendants, individually and/or collectively, through actions contrary to law, negligently caused Plaintiff to lose her livelihood.

53. Defendants are liable for plaintiff's damages.

**Eighth Cause of Action– Failure to Supervise and Train Properly**

COMPLAINT FOR DAMAGES  - 9

HARISH BHARTI
BHARTI LAW GROUP, PLLC
6701 37th Ave NW ■ Seattle, WA 98117
Ph: (206) 789-4556 ■ Fax 1- (866) 664-0667

54. Plaintiff realleges and incorporates the allegations above to each of the following:

55. By Defendants' failure to properly supervise the employees, provide procedures adequate oversight, resulting in the loss of plaintiff's employment.

56. Defendants, individually and/or collectively are liable for plaintiff's damages .

**Ninth Cause of Action-Discrimination and retaliation in Violation of Washington State Laws**

57. Plaintiff realleges and incorporates the allegations above to each of the following:

58. Defendants terminated Plaintiff's employment (including through constructive discharge) and took other adverse and/or tangible employment actions because of discrimination against a person with a physical disability, and retaliation for complaining about discrimination. Defendant's actions violated the Washington Law against Discrimination ("WLAD"), (RCW 49.60.030 and .180).

59. As a proximate result of the discrimination, Ms. Jefferson has been damaged in amounts to be proven at trial.

60. Plaintiff is entitled to an award of attorney's fees and costs under the laws of the State of Washington.

### IV.   Liability:

61. Defendants are vicariously liable for all acts and omissions of its employees and agents, including, but not limited to unknown "John Doe 1-10", who

COMPLAINT FOR DAMAGES  - 10

HARISH BHARTI
BHARTI LAW GROUP, PLLC
6701 37th Ave NW ■ Seattle, WA 98117
Ph: (206) 789-4556 ■ Fax 1- (866) 664-0667

caused injury to plaintiff, that responsibility falling under the doctrines of respondeat Superior, ostensible agency, or apparent agency.

## V. Injuries and Damages

62. As a direct and proximate cause of the facts as alleged herein, plaintiff was injured and suffered damages and loss of past and future wages.

63. The acts and omissions of defendant directly and proximately caused Plaintiff to suffer injuries, including emotional anguish.

64. Plaintiff is entitled to damages as allowed by law.

65. Plaintiff is entitled to prejudgment interest on liquidated sums from the time the expenses were incurred to the time of trial at the appropriate and proper rate of interest.

## VI. JURY DEMAND

Plaintiff demands trial by Jury.

## VII. PRAYER FOR RELIEF

WHEREFORE, having set forth his complaint, plaintiff requests that the Court enter judgment against defendant(s), jointly and severally, for

1. General damages according to proof;
2. For special damages according to proof;
3. For exemplary and punitive damages according to proof;
4. Attorney's Fees. All Attorney's fees; taxes; interest and costs accrued

COMPLAINT FOR DAMAGES  - 11

in the prosecution of this case.

5. Petition to Amend: Plaintiffs reserve the right to petition the Court for permission to add new individual and other defendants, after discovery, to include individuals and entities who are responsible for the wrongful actions and complicity complained of herein. Plaintiffs also reserves the right to seek leave to amend the complaint pursuant.

6. Damages for the cost of the plaintiffs' pre-suit investigation, including costs of attorneys and other professionals hired to determine the appropriate level of plaintiff's compensation.

7. Damages for nonmonetary losses, including, but not limited to inconvenience, mental anguish, incurred by the plaintiff and emotional distress.

8. For pre-judgment interest at the statutory rate on the special damages incurred by the Plaintiff;

9. Damages for HIPAA violtions by the defendants.

10. Such other and further relief as the Court may deem just, equitable and appropriate.

DATED this 9th day of August 2016

BHARTI LAW GROUP, PLLC

_[signature]_

Harish Bharti, WSBA # 23960
Attorney for Plaintiff

COMPLAINT FOR DAMAGES   - 12

**HARISH BHARTI**
**BHARTI LAW GROUP, PLLC**
6701 37th Ave NW ■ Seattle, WA 98117
Ph: (206) 789-4556 ■ Fax 1- (866) 664-0667

## Verification of Complaint

I, Joyce A Jefferson, the plaintiffs in the above suit. I have read the above Complaint. To the best of my knowledge, I believe the above to be true. I demand Jury trial.

Signed under penalty of perjury, under the laws of the State of Washington, at Seattle, Washington, on this 9th day of August, 2016;

*[signature]*

Joyce Jefferson,

COMPLAINT FOR DAMAGES  - 13

**HARISH BHARTI**
**BHARTI LAW GROUP, PLLC**
6701 37th Ave NW ▪ Seattle, WA 98117
Ph: (206) 789-4556 ▪ Fax 1- (866) 664-0667