UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA, WASHINGTON

| | |
|---|---|
| JOYCE A. JEFFERSON,<br><br>Plaintiff,<br><br>vs.<br><br>RECOVERY INNOVATIONS, INC., (d/b/a RI International), an Arizona Corporation, and Does 1-10,<br><br>Defendants. | NO. 3:16-cv-05697-BHS<br><br>ORDER OF DISMISSAL AND TERMINATION OF CASE |

This matter, having come on regularly before the Court on the Stipulated Motion for Order of Dismissal, and the Court being fully advised and having examined the records and files herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Order of Dismissal is GRANTED, and after ruling on Plaintiff's pending Motion to Strike and Remove DKT. # 106 from the Docket (Dkt. #108), all claims asserted by Plaintiff Joyce Jefferson against all Defendants in this action are dismissed with prejudice and without costs or fees to any party pursuant to CR 41(a)(1)(A). Since the claims by the two other Plaintiffs in the case were

ORDER – PAGE 1
NO. 3:16-cv-05697-BHS

GORDON & REES LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

dismissed on May 14, 2018, after the Court has issued an Order on the Motion to Strike and Remove DKT. # 106 From The Docket (Dkt. #108), the court will terminate this case. The Notice of Lien filed by plaintiff's counsel Robert Gaudet, Jr. and the office of RJ Gaudet & Associates as Docket No. 105 is hereby deemed ordered to be released and moot.

Dated this 2nd day of October, 2018.

BENJAMIN H.SETTLE
United States District Judge

Presented by:

*s/ David W. Silke*
David W. Silke, WSBA #23761
GORDON REES SCULLY MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Tel: (206) 695-5100
Email: dsilke@grsm.com
Email: ddanzberger@grsm.com

Approved as to form:

*s/ Robert J. Gaudet, Jr.*
Robert J. Gaudet, Jr., WSBA #33842
**RJ GAUDET & ASSOCIATES LLC**
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Tel: (206) 855-6679

ORDER – PAGE 2
NO. 3:16-cv-05697-BHS

robert@rjgaudet.com


*s/ Floyd R. Chapman*
Floyd R. Chapman, WSBA #49357
**LAW OFFICE OF FLOYD CHAPMAN, PLLC**
Law Office of Floyd Chapman, PLLC
1201 Pacific Avenue, Suite 600
Tacoma, WA 98402-4384
Tel:  (253) 203-3325
floydchapman@ymail.com



*s/ Robert C. Mussehl*
Robert C. Mussehl, WSBA #56
**LAW OFFICE OF ROBERT C. MUSSEHL**
The IBM Building
1200 5th Ave, Ste 1900
Seattle, WA 98101-3135
Tel:  (206) 667-8296
bobmussehl@earthlink.net

Attorneys for Plaintiff Joyce Jefferson

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822